IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02998-DME-MEH

ALBERT PACHELLI,

    Plaintiff,

v.

UNITED PARCEL SERVICE, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 8, 2010.**

    The Stipulated Motion for Entry of Protective Order [filed March 5, 2010; docket #7] is **granted**. A Stipulated Protective Order is issued and filed contemporaneously with this minute order.