IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02998-DME-MEH

ALBERT PACHELLI,

     Plaintiff,

v.

UNITED PARCEL SERVICE, INC.,

     Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 1, 2010.**

Defendant's Unopposed Motion to Vacate Settlement Conference [filed March 30, 2010; docket #13] is **granted**. The Settlement Conference currently scheduled for April 15, 2010 is **vacated**. The parties are invited to contact my Chambers to arrange an alternative date for a settlement conference any time during the course of the litigation, if the parties determine that a conference would be productive.