**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-02998-DME-MEH

ALBERT PACHELLI,

     Plaintiff,

vs.

UNITED PARCEL SERVICE, INC.,

     Defendant.

---

## ORDER DISMISSING CASE WITH PREJUDICE

---

     THIS MATTER comes before the Court upon Defendant's Motion to Dismiss With Prejudice.   The Court ordered Plaintiff  to show cause by August 16, 2010, as to why this matter should not be dismissed with prejudice pursuant to the representations of the Defendant.   No response has been filed.   It is therefore

     ORDERED that this case is dismissed with prejudice, each side to pay his or its own attorneys' fees and costs.

     Dated this __18th___ day of August, 2010.

By the Court:

*s/ David M. Ebel*

_____
U.S. District Court Judge